VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Christopher Abernathy*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER ABERNATHY,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE; and EXPERIAN INFORMATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00636-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, and IA 6-2, the parties, by and through their attorneys of record hereby stipulate and request the court as follows:

1. This is the first stipulation for extension of time to allow Plaintiff CHRISTOPHER ABERNATHY ("Plaintiff") to respond to the Motion for Summary Judgment filed by CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE, ("Defendant") on November 20, 2017. (ECF No. 30)

2. The Plaintiff's responsive pleading to the said Motion for Summary Judgment is due on December 11, 2017.

3. The parties agree to extend the Plaintiff's time to file a responsive pleading to Defendants' Motion for Summary Judgment in the above-caption matter from December 11, 2017 to December 18, 2017. Good cause exists for this request.

4. The extension is requested by Plaintiff's counsel due to an emergency that has kept him out of the office, and therefore, counsel has been unable to attend to and respond to Defendants'

Motion for Summary Judgment by December 11, 2017. This stipulation is not made for purposes of delay.

    5.    The parties further agree that Defendant's Reply in Support of Defendants' Motion for Summary Judgment will be due on January 8, 2018.

    IT IS SO STIPULATED.

Dated: this 11th day of December, 2017.    ROBISON, BELAUSTEGUI, SHARP & BRUST

    */s/ Frank C. Gilmore*
FRANK C. GILMORE, ESQ.
Nevada Bar No.: 10052
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: fgilmore@rbsllaw.com
and
BRENDAN H. LITTLE
PRO HAC VICE
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
*Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*

Dated: this 11th day of December, 2017.    THE LAW OFFICE OF VERNON NELSON, PLLC

By: */s/ Vernon Nelson*
Vernon Nelson
Nevada Bar No. 6434
9480 South Eastern Avenue, Suite 252
Las Vegas, NV 89123
*Attorneys for Plaintiff Christopher Abernathy*

**IT IS SO ORDERED.**

Dated: December 11, 2017.

_____
UNITED STATES DISTRICT JUDGE