VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Christopher Abernathy*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER ABERNATHY,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE; and EXPERIAN INFORMATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00636-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, and IA 6-2, the parties, by and through their attorneys of record hereby stipulate and request the court as follows:

1. This is the first stipulation for extension of time to allow Plaintiff CHRISTOPHER ABERNATHY ("Plaintiff") to respond to the Motion for Summary Judgment filed by EXPERIAN, ("Defendant") on November 20, 2017. (ECF No. 29)

2. The Plaintiff's responsive pleading to the said Motion for Summary Judgment is due on December 11, 2017.

3. The parties agree to extend the Plaintiff's time to file a responsive pleading to Defendants' Motion for Summary Judgment in the above-caption matter from December 11, 2017 to December 18, 2017. Good cause exists for this request.

4. The extension is requested by Plaintiff's counsel due to an emergency that has kept him out of the office, and therefore, counsel has been unable to attend to and respond to Defendants'

Motion for Summary Judgment by December 11, 2017. This stipulation is not made for purposes of delay.

    5.    The parties further agree that Experian's Reply in Support of Defendants' Motion for Summary Judgment will be due on January 8, 2018. The parties request the additional week for the reply in light of the fact that accommodating Plaintiff's request to delay his response deadline to December 18, 2017, would, without the additional week, result in a January 2, 2017 due date for Experian's reply, and thus would unnecessarily penalize Experian's counsel by requiring completion of the reply over the Christmas and New Year's holidays.

    IT IS SO STIPULATED.

Dated: this 11th day of December, 2017.    NAYLOR & BRASTER

                                                                             /s/
                                                        JENNIFER L. BRASTER, ESQ.
                                                        Nevada Bar No. 9982
                                                        1050 Indigo Drive, Suite 200
                                                        Las Vegas, NV 89145
                                                        (T) (702) 420-7000
                                                        (F) (702) 420-7001
                                                        and
                                                        Emmett E. Robinson, Esq.
                                                        PRO HAC VICE
                                                        Jones Day
                                                        901 Lakeside Avenue
                                                        Cleveland, OH 44114
                                                        215-586-3939
                                                        erobinson@jonesday.com
                                                        *Attorneys for Defendant*
                                                        *Experian Information Solutions, Inc*

Dated: this 11th day of December, 2017.    THE LAW OFFICE OF VERNON NELSON, PLLC

**IT IS SO ORDERED.**    By: */s/ Vernon Nelson*
                                                          Vernon Nelson
_____    Nevada Bar No. 6434
                                                        9480 South Eastern Avenue, Suite 252
UNITED STATES DISTRICT JUDGE    Las Vegas, NV 89123
Dated: December 11, 2017.    *Attorneys for Plaintiff Christopher Abernathy*