1 Jennifer L. Braster
Nevada Bar No. 9982
2 Andrew J. Sharples
Nevada Bar No. 12866
3 NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
4 Las Vegas, NV 89145
(T) (702) 420-7000
5 (F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

6
*Attorneys for Defendant*
7 *Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER ABERNATHY,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL SERVICE GROUP, INC. d/b/a ConServe; and EXPERIAN INFORMATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:17-cv-00636-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE REPLY IN SUPPORT OF EXPERIAN'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO EXPERIAN'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Christopher Abernathy ("Plaintiff"), by and through their undersigned counsel of record, and hereby stipulate and agree that Experian shall have a one-week extension to file its Reply in Support of Experian's Motion to Strike Plaintiff's Opposition to Experian's Motion for Summary Judgment (ECF No. 51), making its reply due January 31, 2018. This is the first request for an

extension to file this reply and is not for purposes of delay but due to other professional obligations of counsel for Experian.

**IT IS SO STIPULATED this 22nd day of January 2018.**

| NAYLOR & BRASTER | THE LAW OFFICE OF VERNON NELSON, PLLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Andrew J. Sharples<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | By: */s/ Melissa Ingleby*<br>Vernon Nelson<br>Nevada Bar No. 6434<br>Melissa Ingleby<br>Nevada Bar No. 12935<br>9480 South Eastern Avenue, Suite 252<br>Las Vegas, NV 89123 |
| Emmett Robinson<br>(admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH 44114 | *Attorneys for Plaintiff Christopher Abernathy* |

*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated: January 22, 2018.

_____
UNITED STATES DISTRICT JUDGE