# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER ABERNATHY, | Case No. 2:17-cv-0636-APG-NJK |
| Plaintiff, | |
| v. | **ORDER REGARDING MOTIONS TO STRIKE** |
| CONTINENTAL SERVICE GROUP, INC. d/b/a ConServe; and EXPERIAN INFORMATION SERVICES, INC, | (ECF Nos. 49, 51) |
| Defendants. | |

The defendants' motions to strike **(ECF Nos. 49, 51) are DENIED**. The plaintiff's improper filing under seal has been addressed by a separate order. ECF No. 63. And the defendants' requests for more time to file their replies is moot given that they have now filed those.

I am troubled by plaintiff's counsel's admission that he is "not well-versed in filing emergency motions under the Court's local rules . . . ." ECF No. 57-1. Counsel should immediately familiarize himself with the local rules. Future violations may result in sanctions, including revocation of counsel's ability to practice in this court.

Finally, the plaintiff's request for an award of his fees and costs in responding to the motions to strike is denied. Had plaintiff's counsel complied with the local rules, the motions to strike would not have been necessary.

DATED this 16th day of February, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE